```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
```
**CENTRAL DIVISION at LEXINGTON**

| | |
|---|---|
| FONDA E. ROBERTS, )<br>    )<br>    Plaintiff, ) | Case No.<br>5:21-CV-162-JMH |
| v. ) | |
|     ) | **JUDGMENT** |
| KILOLO KIJAKAZI, )<br>ACTING COMMISSIONER OF SOCIAL )<br>SECURITY, )<br>    )<br>    Defendant. ) | |

\*\* \*\* \*\* \*\* \*\*

The Court, having affirmed the decision of the Commissioner, hereby **ORDERS and ADJUDGES** as follows:

(1) The Plaintiff's Motion for Summary Judgment (DE 13) is **DENIED**;

(2) The Commissioner's Motion for Summary Judgment (DE 17) is **GRANTED**.

(3) The decision of the Commissioner is **AFFIRMED** pursuant to sentence four of 42 U.S.C. § 405(g) as it was supported by substantial evidence and was decided by proper legal standards; and

(4) This judgment is **FINAL and APPEALABLE,** and there is no just cause for delay.

This the 26th day of August, 2022.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge